# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 87 EM 2016 |
| Respondent | : | |
| v. | : | |
| JAMOD ROHN, | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2016, the Petition for Review is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.